Scott Green, *pro hac vice*
Michael Childress, *pro hac vice*
**Childress Duffy, Ltd.**
500 North Dearborn St., #1200
Chicago, Illinois 60654
Telephone: (312) 494-9365

Richard L. Kellner, State Bar No. 171416
 (rlk@kbklawyers.com)
**KABATECK BROWN KELLNER LLP**
644 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Fax: (213) 217-5010

*Attorneys for Plaintiffs*
*PAUL RESNICK AND VICTORIA RESNICK*

JS-6

FILED
CLERK, U.S. DISTRICT COURT
March 9, 2016.
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RESNICK an individual; VICTORIA RESNICK, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BANKERS STANDARD INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO. 2:15-CV-07433-SJO-E<br><br>The Honorable Judge Otero<br><br><br>ORDER |

## **ORDER**

　　This matter, coming before the Court on the parties' Joint Notice of Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1), due notice having been given, it is hereby ordered that:

　　This case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED this 9th day of March, 2016

*/s/ S. James Otero*
_____
Honorable Judge Otero